

FILED RECEIVED LODGED
FEB 2 2 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Kevin Gregory Johnson - 827410\306008714
630 W. James Street - RJC - G-131-L
Kent, Washington 98032
(Name of Plaintiff)

vs.

King County Corporation, Washington
Corrections Program Administrator
King County Adult & Juvenile Detention Chr.
King County Corporation c/o Exc. Director
State of Washington, Dept. of Corrections,
Terri Hansen, Classification Supervisor
Vincent E. Johnson, Classification Clerk
Sgt. Hanson and any other John or Jane Doe
who may be responsible for the violations alleged
(Names of Defendants)
And Continues Herein.

C06-0279 RSL - JPD

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983, AMONG OTHER
THINGS

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☑ Yes  ☐ No

B. If your answer to A is yes, how many? ___1___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff  Kevin G. Johnson

Defendants  State of Washington, Governor Christine Gregoire,
Secretary of D.O.C. Harold W. Clarke, Seattle Police Dept, et al.

1

06-CV-00279-CMP

2. Court (give name of District)

   United States District Court of Western WA

3. Docket Number  C05-5751 RBL\KLS

4. Name of judge to whom case was assigned  RBL

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

   It is still pending, I presume.

6. Approximate date of filing lawsuit  October 25, 2005

7. Approximate date of disposition  N/A

II. **Place of Present Confinement:** King County Adult & Juvenile Detention Ctr

   A. Is there a prisoner grievance procedure available at this institution?  ☑ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
      ☑ Yes   ☐ No
      If your answer is NO, explain why not _____

   C. Is the grievance process completed?  ☐ Yes   ☑ No

      If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

   A. Name of Plaintiff: Kevin Gregory Johnson    Inmate No.: 307410   206002714

      Address: 620 W. James Street, Kent, Washington 98032

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant  Ron Simms  ; official position  Executive Director
      place of employment  600 4th Ave - 516 3rd Ave, Seattle, Washington 98104

2

C. Additional defendants VINCENT B. JOHNSON, TOM HANSON AND SHAYNE STEVENSON, NORMAN K. MALENG AND JULIE SPECTOR AND ANY OTHER JOHN OR JANE DOE WHOM MAY BE RESPONSIBLE FOR THE CIVIL RIGHTS VIOLATIONS AND CLAIMS CONTAINED AND ALLEGED HEREIN.

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

ON OR ABOUT JANUARY 19, 2006 PLAINTIFF WAS TRANSFERRED TO KING COUNTY ADULT AND JUVENILE CENTER AT RJC, KENT, WASHINGTON. DEFENDANTS KING COUNTY, NORMAN K. MALENG, SHAYNE STEVENSON AND JULIE SPECTOR CAUSED PLAINTIFF TO BE PLACED IN RESTRICTED CONFINEMENT WITHOUT A NOTICE OF HEARING, A HEARING OR ANY PROCESS THAT PLAINTIFF WAS DUE. DEFENDANTS KNEW OR WITH REASONABLE INVESTIGATION SHOULD HAVE KNOWN THAT PLAINTIFF HAD FILED CIVIL RIGHTS, AMONG OTHER THINGS, COMPLAINT AGAINST DEFENDANTS, AS WELL AS A PETITION FOR WRIT OF HABEAS CORPUS, WHICH ALLEGED, AMONG OTHER THINGS, THAT PLAINTIFF WAS DEPRIVED OF HIS RIGHT TO LIBERTY, PROPERTY, CONTRACTUAL BENEFITS, AND ACCESS TO THE COURT REGARDING PLAINTIFF'S ALLEGED FALSE IMPRISONMENT AND THE DEFENDANTS' ABUSE OF PROCESS AND PRETEXT OF PROCESS TO FORESTALL THE RAPID REMEDY THAT THE U.S. CONSTITUTION GRANTS TO PERSONS UNDER ITS JURISDICTION.

DEFENDANTS HELD PLAINTIFF IN CLOSED CUSTODY, REFUSED TO GRANT HIM ACCESS TO LEGAL MATERIALS, LAW LIBRARY, LEGAL ASSISTANCE AND LEGAL FORMS TO PUNISH PLAINTIFF FOR EXERCISING HIS RIGHT TO CHALLENGE TO PURPORTED AUTHORITY OF THE DEFENDANTS' ACTIONS, WHICH WERE DONE UNDER THE COLOR OF LAW OF THE STATE OF WASHINGTON. DEFENDANTS' ACTIONS WERE CONTRARY TO THE RIGHTS OF PLAINTIFF UNDER BOTH THE CONSTITUTION FOR THE UNITED STATES OF AMERICA AND THE EMANCIPATION PROCLAMATION OF 1863.

DEFENDANTS' ACTIONS WERE DONE WITH WILLFUL, WANTON, AND RECKLESS DISREGARD FOR PLAINTIFF'S RIGHTS AND SERVED ONLY TO SUBVERT THE LAWFUL PROCESS ESTABLISHED BY "We the People" IN ORDER TO CAUSE "UNNECESSARY DELAY" TO THE JUSTICE WHICH COMES FROM A LAWFUL REVIEW BY A JURY OF THEIR ALLEGED CRIMES AGAINST PLAINTIFF AND THE DIGNITY OF THE U.S.A.

3

DEFENDANTS DENIED PLAINTIFF THE USE OF A DESK AND SEAT BY PLACING HIM IN, BASICALLY, A BATHROOM WITH ANOTHER PERSON WITHOUT ANY PRIVACY OR MEANS TO ALLOW BOTH PERSONS TO USE THE 'CELL' UNIMPOSED.

PLAINTIFF RESERVES THE RIGHT TO FURTHER AVER WHEN MATERIALS ARE MADE AVAILABLE TO DO SO EFFICIENTLY AND LAWFULLY, IN THE FUTURE

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PLAINTIFF SEEKS AN ORDER VACATING HIS ALLEGED CRIMINAL RECORD AND THE ALLEGED CONVICTION WHICH PROMPTED THE ACTS OF DEFENDANTS. ORDER DEFENDANTS TO CEASE OVERCROWDING, IMPLEMENTING POLICIES THAT INFLICT PUNISHMENT, DENIES ANY PERSON ACCESS TO THE COURTS AND AFFORDS OPPORTUNITY TO BREAK LAWS WITH IMMUNITY GRANTED AS A MATTER OF COURSE; GRANT PLAINTIFF A MONEY JUDGMENT TO BE DETERMINED AT THE TIME OF TRIAL EQUAL TO HIS LOST WAGES AND OTHER DAMAGES, BUT NOT LESS THAN $10,000,000.00 FROM EACH DEFENDANT, INDIVIDUALLY, JOINTLY AND SEVERALLY.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of February, 2006

_Kevin G. Johnson_, Pro Se
(Signature of Plaintiff)

4

Ronn G. Johnson
Airway Heights Corrections Center
P.O. Box 2049 - C-4
Airway Heights, WA 99001

LEGAL MAIL

United States District Court Clerk
1717 Tacoma Avenue Room 3100
Tacoma, Washington 98402

