UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN GREGORY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. C06-279-MJP-JPD |
| v. ) | |
| ) | |
| KING COUNTY, et al., ) | ORDER OF DISMISSAL |
| ) | |
| Defendants. ) | |

Plaintiff is proceeding pro se and in forma pauperis in his attempt to bring this 42 U.S.C. § 1983 civil rights claim against the Washington State Department of Corrections and more than a dozen named and unnamed individuals and entities associated with the King County Regional Justice Center. On April 13, 2006, the Court declined to serve plaintiff's complaint because it failed to state adequate constitutional claims. Dkt. No. 7. The Court, however, explained the deficiencies to plaintiff and gave him thirty days to amend the complaint. *Id.* To date, plaintiff has failed to amend the complaint.[1] Having carefully considered the record, the Court ORDERS as follows:

(1)   The case is DISMISSED without prejudice.

---

[1] On April 24, 2006, the order declining to serve was returned. Dkt. No. 8. On May 18, 2006, the Clerk inquired with officials at plaintiff's institution of record and learned that he had escaped. Thus, it is unlikely that plaintiff will amend his complaint.

ORDER OF DISMISSAL
PAGE -1

01      (2)    The clerk is directed to send copies of this Order to plaintiff and to United States Magistrate Judge James P. Donohue.

Dated this 22nd day of May, 2006.

                                         /s/ Marsha J. Pechman  
                                         Marsha J. Pechman  
                                         United States District Judge

Recommended for entry
this 19th day of May, 2006.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER OF DISMISSAL
PAGE -2